UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE THOMAS,

    Plaintiff,

v.

          File No. 1:05-CV-343

          HON. ROBERT HOLMES BELL

BURT HOEHNE,

    Defendant.
                                                     /

## ORDER ADOPTING REPORT AND RECOMMENDATION

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the Magistrate Judge's May 27, 2005, Report and Recommendation is **APPROVED and ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion to submit additional evidence (Docket # 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for an immediate temporary restraining order prohibiting the disbursement of the settlement proceeds (Docket # 2) is **DENIED**.

Date:   October 7, 2005          /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   CHIEF UNITED STATES DISTRICT JUDGE